Regina J. McClendon (SBN: 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers-Wraight (SBN: 261025)
schambers@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Telephone: 415-318-8810
Fax: 415-676-5816

Susan J. Welde (SBN: 205401)
swelde@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200

Attorneys for Defendant
LNV CORPORATION

E-FILED 4/30/14

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBDULIA RAMIREZ<br><br>Plaintiff,<br><br>vs.<br><br>LNV CORPORATION; CAL-WESTERN RECONVEYANCE, LLC; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01945-PSG-AS<br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br>Complaint filed: November 4, 2013 |

On November 26, 2013, defendant Cal-Western Reconveyance, LLC ("Cal-Western") served a declaration of nonmonetary status pursuant to California Civil Code section 2924*l* on plaintiff Obdulia Ramirez ("Plaintiff"), and Plaintiff did not file an objection.  Thus, Cal-Western asserted, and Plaintiff conceded, that Cal-Western had no real interest in the outcome of the action and was, at most, a nominal party to it.

On April 28, 2014, this Court entered an order granting defendant LNV Corporation's ("LNV") motion to dismiss Plaintiff's complaint with prejudice.  In its order, this Court also noted that Cal-Western was sued in its capacity as trustee and is a nominal party to this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice as to LNV and Cal-Western.  It is further ordered that judgment be entered in favor of LNV and Cal-Western and against Plaintiff as to each and every cause of action in this action, and that Plaintiff take nothing by way of her claims against LNV and Cal-Western.

IT IS SO ORDERED.

Dated:  April 30, 2014

_____
UNITED STATES DISTRICT JUDGE

1
JUDGMENT OF DISMISSAL